IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLORENCE GOOD AS EXECUTOR TO THE ESTATE OF BARRY D. GOOD, DECEASED, AND JESSE FRAZER, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS,<br><br>      Plaintiffs,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA AND TRAVELERS INDEMNITY COMPANY,<br><br>      Defendants. | :<br>:<br>: Case No. 20-CV-5453<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE PROPOSED
CLASS ACTION SETTLEMENT AGREEMENT AND FOR APPROVAL
OF ATTORNEY'S FEES AND EXPENSES**

  Plaintiffs move, pursuant to Federal Rule of Civil Procedure 23(e), for final approval of the class action settlement agreement, as well as approval of attorney's fees and expenses. A proposed form of Order is annexed to this motion. The grounds are set forth in the accompanying legal memorandum and its attachments.

Dated: July 21, 2025             Respectfully Submitted,

                      /s/ *Jonathan Shub*
                      Jonathan Shub (Pa. I.D. # 53935)
                      **SHUB JOHNS & HOLBROOK LLP**
                      Four Tower Bridge
                      200 Barr Harbor Drive, Suite 400
                      Conshohocken, PA 194238
                      (610) 477-8380
                      jshub@shublawyers.com

                      Scott B. Cooper
                      **SCHMIDT KRAMER, P.C.**
                      209 State Street
                      Harrisburg, PA 17101

-2-

(717) 232-6300
scooper@schmidtkramer.com

James C. Haggerty
**HAGGERTY, GOLDBERG,**
**SCHLEIFER & KUPERSMITH, P.C.**
1801Market Street, 11th Floor
Philadelphia, PA 19103
(267) 350-6600
jhaggerty@hgsklawyers.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July 2025, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

*/s/ Jonathan Shub*
Jonathan Shub (Pa. I.D. # 53935)
